**Dismissed and Memorandum Opinion filed November 21, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00487-CR

**LASHAUNDA MARIE AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1645086**

## MEMORANDUM OPINION

Appellant entered a guilty plea to felony theft. *See* Tex. Penal Code § 31.03(e)(6)(A). The trial court sentenced appellant to confinement for sixteen years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that appellant waived her right to appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on

appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On September 27, 2024, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. Counsel for appellant filed a letter conceding that we lack jurisdiction over this appeal.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Wise, Jewell, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b)